UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No.2:16-cr-8
                                            HON. Robert Holmes Bell

ROBERT BERT CURTIS,

        Defendant.
_____/

## ORDER OF DETENTION

     Defendant appeared before the undersigned on June 21, 2016 for an initial appearance and arraignment on an indictment.  Counsel advised the Court that there is a pending warrant for defendant's arrest out of Wisconsin.  The government will be seeking detention and defendant asked that the issue of detention be reserved until such time as the warrant is disposed of.

     The defendant shall be detained pending further proceedings.

     IT IS SO ORDERED.

                                                     /s/ Timothy P. Greeley
                                                   TIMOTHY P. GREELEY
                                                   UNITED STATES MAGISTRATE JUDGE

Dated:  6/22/2016